CADWALADER, WICKERSHAM & TAFT LLP
Sean F. O'Shea, Esq.
Michael E. Petrella, Esq.
Anthony De Leo, Esq.
200 Liberty Street
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

*Attorneys for Defendants Standard Pacific Mortgage Inc., Universal Mortgage Company, LLC and Eagle Mortgage Holdings, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>          Debtors. | Chapter 11<br><br>Case No.<br>08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>          Plaintiff,<br><br>    - against -<br><br>1ST ADVANTAGE MORTGAGE, L.L.C. *et al.*,<br><br>          Defendants. | Adversary Proceeding<br>No. 16-01019 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>          Plaintiff,<br><br>    -against-<br><br>STANDARD PACIFIC MORTGAGE, INC. f/k/a FAMILY LENDING SERVICES, INC.,<br><br>          Defendant. | Adversary Proceeding<br>No. 16-01002 (SCC) |

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                              Plaintiff,<br><br>                    -against-<br><br>UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC,<br><br>                              Defendant. | Adversary Proceeding<br>No. 16-01297 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                              Plaintiff,<br><br>                    -against-<br><br>EAGLE MORTGAGE HOLDINGS, LLC as successor by merger to EAGLE HOME MORTGAGE, INC., and UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC,<br><br>                              Defendants. | Adversary Proceeding<br>No. 16-01383 (SCC)<br><br><br><br>RELIEF IS SOUGHT FROM UNITED STATES DISTRICT JUDGE |

## NOTICE OF DEFENDANTS' MOTION TO WITHDRAW THE REFERENCE FROM THE BANKRUPTCY COURT

TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK:

**PLEASE TAKE NOTICE** that Defendants Standard Pacific Mortgage, Inc. f/k/a Family Lending Services, Inc. ("Standard Pacific"), Universal American Mortgage Company, LLC ("UAMC"), and Eagle Mortgage Holdings, LLC, as successor by merger to Eagle Home Mortgage, Inc. ("Eagle Mortgage" and, together with Standard Pacific and UAMC, the "Defendants"), hereby respectfully move (the "Motion") the United States District Court for the Southern District of New York for entry of an order, pursuant to 28 U.S.C. §§ 157(d), (e), Rule 5011 of the Federal Rules of Bankruptcy Procedure, and Rule 5011-1 of the Local Rules of the

Bankruptcy Court, withdrawing the reference of the Adversary Proceedings (as defined in the Memorandum of Law in support of this Motion filed contemporaneously herewith) from the United States Bankruptcy Court for the Southern District of New York to the United States District Court for the Southern District of New York.  In support of this Motion, Defendants rely upon the arguments and authorities presented in the accompanying memorandum of law, arguments of counsel, and all of the files, records, and proceedings herein.

Defendants have made no previous request to this Court or to any other court for the relief requested by this Motion.  Defendants respectfully request oral argument on this Motion.

**[*Remainder of page intentionally left blank*]**

**WHEREFORE**, Defendants respectfully request that the Court enter an Order granting the relief requested herein, and such other and further relief as the Court deems just and proper.

Dated:    New York, New York
          May 3, 2019

                              **CADWALADER, WICKERSHAM & TAFT LLP**
                              By */s/ Sean F. O'Shea*
                              Sean F. O'Shea, Esq.
                              Michael E. Petrella, Esq.
                              Anthony De Leo, Esq.
                              CADWALADER, WICKERSHAM & TAFT LLP
                              200 Liberty Street
                              New York, New York 10281
                              Telephone: (212) 504-6000
                              Facsimile: (212) 504-6666
                              sean.o'shea@cwt.com
                              michael.petrella@cwt.com
                              anthony.deleo@cwt.com

                              *Attorneys for Defendants Standard Pacific Mortgage Inc., Universal Mortgage Company, LLC and Eagle Mortgage Holdings, LLC*