WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
Paul R. DeFilippo

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 08-13555 (SCC)** |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>    Plaintiff,<br><br>        - against -<br><br>STANDARD PACIFIC MORTGAGE, INC. f/k/a FAMILY LENDING SERVICES, INC., EAGLE MORTGAGE HOLDINGS, LLC as successor by merger to EAGLE HOME MORTGAGE, INC., and UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC,<br><br>    Defendants. | **No. 19-CV-04080 (WHP)** |

PLEASE TAKE NOTICE that Paul R. DeFilippo of Wollmuth Maher & Deutsch LLP hereby appears on behalf of Plaintiff, Lehman Brothers Holdings Inc. in the above captioned case and also has been designated to accept service of all pleadings, notices, filings,

correspondence and other papers relating to this litigation on behalf of the aforementioned

Plaintiff.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
July 9, 2019

                                          Respectfully submitted,

                                            /s/ *Paul R. DeFilippo*
                                              Paul R. Defilippo

                                          WOLLMUTH MAHER & DEUTSCH LLP
                                          500 Fifth Avenue
                                          New York, New York 10110
                                          (212) 382-3300
                                          pdefilippo@wmd-law.com

                                          *Counsel for Plaintiff*
                                          *Lehman Brothers Holdings Inc.*